IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

WANDA ODOM                                                                                          PLAINTIFF

VERSUS                                              CIVIL ACTION NO. 1:03cv619LG-RHW

JO ANNE BARNHART,                                                                              DEFENDANT
COMMISSIONER OF SOCIAL SECURITY

## FINAL JUDGMENT

This matter is before the Court on submission of the Report and Recommendation of United States Magistrate Judge Robert H. Walker [21-1] entered in this cause on August 29, 2006.  The Court, having adopted said Report and Recommendation as the finding of this Court by separate Order entered this date, finds that the Plaintiff's Motion to Reverse or to Remand should be granted for the purpose of consideration of Dr. Kamp's medical records.  Accordingly,

**IT IS ORDERED AND ADJUDGED** that the Plaintiff's Motion to Reverse or to Remand filed February 26, 2004, [12-1] should be and is hereby **GRANTED.**

**IT IS FURTHER ORDERED AND ADJUDGED** that this action be, and is hereby, remanded to the Defendant for further administrative proceedings set forth hereinafter.

**IT IS FURTHER ORDERED AND ADJUDGED** that upon remand, the Administrative Law Judge (ALJ) is directed to obtain and give further consideration to the updated medical records of Dr. Peter Kamp.

**SO ORDERED AND ADJUDGED** this the 15th day of September, 2006.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE